UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**14CV2365**

Kenneth Eng
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

New York City Corrections Department
_____

Jury Trial:  ☐ Yes   ☒ No

(check one)

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your
       identification number and the name and address of your current place of confinement.  Do the same
       for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name  Kenneth Eng
                Street Address  4266 Saull Street
                County, City  Flushing
                State & Zip Code  NY 11355
                Telephone Number  917-573-9453

B.     List all defendants.  You should state the full name of the defendant, even if that defendant is a
       government agency, an organization, a corporation, or an individual.  Include the address where
       each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
       contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1      Name  New York City Corrections Department
                     Street Address  75-20 Astoria Blvd.

*Rev. 05 2010*

County, City  East Elmhurst

State & Zip Code  NY 11370

Telephone Number

Defendant No. 2      Name

Street Address

County, City

State & Zip Code

Telephone Number

Defendant No. 3      Name

Street Address

County, City

State & Zip Code

Telephone Number

Defendant No. 4      Name

Street Address

County, City

State & Zip Code

Telephone Number

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

42 U.S. Code § 1981

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05 2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? Rikers Island Corrections Facility and the Bellevue Hospital Psychiatric Prison Ward.

B.     What date and approximate time did the events giving rise to your claim(s) occur? May 2007 to August 2007, December 2008, January 2008, November 2009 to March 2010

C.     Facts:

| What happened to you? |

While I was in the Rikers Island facility, black and Hispanic corrections officers abused me because of my ethnicity. They referred to me as "chin", "lee", "chinaman", "chink", "gook" and other slurs. They also threatened me with physical violence and refused to take action when black or Hispanic prisoners attacked me. I was unable to acquire names, but most of the officers who were responsible for this were black. Very few white officers engaged in this kind of behavior.

| Who did what? |

I can recount a multitude of specific examples, but this form instructs the plaintiff to be "brief".

| Was anyone else involved? |

The statute of limitations, I believe, has not expired because I was on probation until recently. My attorney advised me not to take legal action until after I was off probation.

| Who else saw what happened? |

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was assaulted by many black inmates, one of whom punched me in the side of the head, damaging my ear, and the other of whom punched me about 20 times in the head. I received very little medical treatment despite my requests for treatment.

I was also assaulted by other inmates who punched me in the face and body, damaging my teeth. The officers took no action.

Rev. 05 2010

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking $5,000,000 in compensation from the Corrections Department, and for action to be taken against the corrections officers.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 25 day of March , 20 14 .

Signature of Plaintiff

Mailing Address    4266 Saull Street

Flushing, NY 11355

Telephone Number

Fax Number *(if you have one)*

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this        day of                        , 20    . I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

Inmate Number

Rev. 05/2010