FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 12 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

~~1. City of New York~~
~~2. Correction Officer John Doe #1~~
~~on duty in AMKC May 14 2007~~
~~in the afternoon~~
~~3. Correction Officer John Doe #2~~
~~on duty in AMKC near~~
~~July 11 2007 at 3:00 PM~~

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

Against:

- City of New York
- Corrections Officers John Doe #1-#20
- Corrections Officers Jane Doe #1-#5
- CO Walker
- Employee Jane Doe

AMENDED
COMPLAINT
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes ☑ No
(check one)

14 Civ. 2365 (LAP)

Please see attached loose leaf papers

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's     Name   Kenneth Eng, 4266 Saull Street, Flushing NY 11355
               ID#_____
               Current Institution_____
               Address_____

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

All defendants can be found at

Defendant No. 1     Name   Rikers Island                     Shield #_____
                   Where Currently Employed_____
                   Address_____
                   _____

PRO SE OFFICE JUN 17 2014

*Rev. 01/2010*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/17/2014

1

Defendant No. 2     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 3     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

```
Who did
what?
```

Defendant No. 4     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 5     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

## II.     Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur?

Please      See    attached   looseleat  papers

B.     Where in the institution did the events giving rise to your claim(s) occur?

C.     What date and approximate time did the events giving rise to your claim(s) occur?

D.     Facts:_____

```
What
happened
to you?
```

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Was anyone else involved? |

_____
_____
_____
_____
_____

| Who else saw what happened? |

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __✓__ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Rikers, AMKC, Bellevue Prison Ward &_
_that floating prison unit in the harbor._

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓     No _____     Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____     No ✓     Do Not Know _____

If YES, which claim(s)?

_____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓     No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____     No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? _In the grievance box at AMKC_

1.  Which claim(s) in this complaint did you grieve?

_All._

2.  What was the result, if any?

_No response from anyone_

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____

_____
_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The reason I bring this claim up now
despite the amount of time that has
passed is because I have been on
probation from 2007 to Feb 2014.
My attorney advised me to wait. I ask
that the statute of limitations be extended.

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

I am seeking $10,000,000 in damages
I also request that the negro corrections
officers be disciplined or terminated.
Further, I demand that the City of
New York pay $15,000,000 to an Asian
rights organization.

_____
_____

_____
_____
_____

**VI.**   **Previous lawsuits:**

On
these
claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No __✓__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____ No _____

If NO, give the approximate date of disposition_____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

On
other
claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes __✓__ No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _Kenneth Eng_____
Defendants _Federal Probation dept._____

2.   Court (if federal court, name the district; if state court, name the county) _NY Federal
_Court, Eastern District_ I don't remember

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_Vitaliuno_____

5.   Approximate date of filing lawsuit _Aug 2013_____

*Rev. 01/2010*                              6

6.    Is the case still pending?  Yes _____  No __✓__  Nov 2013
      If NO, give the approximate date of disposition_____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there
      judgment in your favor?  Was the case appealed?) _____
      _____
      _____Dismissed_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _6_ day of ___June___ , 20_14_

                          Signature of Plaintiff     _Kenneth Guy_____

                          Inmate Number              _____

                          Institution Address        _____

                                                      _____

                                                      _____

                                                      _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
        their inmate numbers and addresses.

I declare under penalty of perjury that on this __6__ day of ___June___ , 20_14_ am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

                          Signature of Plaintiff:    _Kenneth Guy_____

*Rev. 01/2010*                              7

Page 1

## Detailed Account of Events In Rikers Island.

Correction Officer John Poe #1 on duty in AMKC May 14, 2007 — This one was a large negro male, about six foot, two inches, bald, 240 lbs. He said, "Nee how, ma" to me for no reason other than the fact that I am Chinese. This is discrimination.

Correction Officer Jane Poe #1 on duty in Manhattan Court May 24, 2007 — This one, was a negro female, about 5'9", overweight, large buttocks, fat lips, she called me "Jet Li", and laughed.

Correction Officer Jane Doe #2 — on duty in 18 Upper West "Dorm" in AMKC, May 25, 2007 — This was a negro female, 5'7" average size, She called me "Chin".

May 30, 2007   Corrections Officer John Poe #2 — on duty in AMKC 12 Mod4 — This was a Hispanic male, large, bald, about 6'2". He Yelled at an Asian inmate, saying, "Hurry up, Chino. Come on, Chin-chan-chong.

Corrections Officer Jane Doe #3 — on
~~Duty~~ duty May 31, 2007 in ~~EF~~ 12 Mod
A, AMKC — This was an overweight
negro female of average height. I
overheard a prisoner, a negro male
with dreadlocks, confess that he murdered
someone. I tried to tell this "officer,"
but she referred me to a "1-800"
Hotline.

Corrections Office John Doe #3 — On
duty in the AMKC Intake Unit, June
7, 2007 — Last name Garcia, ~~I~~
~~think~~ his badge was ~~14784~~ The
time was, sometime in the afternoon.
He said to me " China, go to 4 Pen"
I called him, "asshole" He said, "Go
to 4 Pen or you're going to be
sleeping in that fish." His badge was
14418

Corrections Officer Jane Doe #4 — on
duty June 26, 2007, afternoon. She
was an average-sized negro female
with a "bang-type" haircut. ~~She~~
When discussing my articles I wrote
a while ago, she remarked of Asians
"They all the same." She and
a male negro corrections officer
then proceeded to poke fun at a

Page 2

white corrections officer.

Corrections Officer John Doe #4 —
on duty in the solitary confinement
area, 12 midnight on June 26, 2007.
He was a tall, negro male, average
build. He purposely gave me a
carton of rotten milk, saying it
was "on the house". I did drink it
not knowing it was completely
curdled and rotten. He and his
groupies did that on purpose.

Employee Jane Doe #1 — on duty in
the solitary confinement area June
27, 2007 10 AM. This was not an
officer. It was a 50-year-old
female negro with nappy hair. She
called me "Chin".

Corrections Officer John Doe #5 —
on duty on ~~the p~~ a prison bus
August 8, 2007 at 8 PM. He was a
~~tong~~ tall negro male, very dark,
ugly. he said to me "Hey China. This
ain't no party bus. You know what a
party bus is? Your people make them.
They also make play stations, anime
and martial arts."

Corrections Officer John Doe # 6— on duty December 16, 2008, In the floating prison In the harbor, intake cart 8PM 10 PM. He was a very large negro male about 400 lbs with an ugly face and short hair. He threatened to throw my property in the trash if I had to ask him to repeat his instructions. He later threatened to "punch me in the face" and referred to me as "Chino".

Corrections officer Walker — November 16, 2009 In Bette in the Elmhurst psych ER. He was a light-skinned negro male with glasses. He joked fun at me because I was allegedly suicidal. He put me in six handcuffs on my hands, feet and waist. A nursing staff member of Elmhurst complained about this. Walker returned the next day and took me to the Bellevue prison ward, where he threatened me by raising his voice at me because I was singing to myself.

Corrections Officer John Doe #7— November 17, 2009 in the Elmhurst Hospital psych ER, 4 AM. This was a tall negro male, very dark

Page 3

skin. He was watching a YouTube video of me on his mobile device. He waved at me to get my attention in an attempt to mock me. I ignored ~~him~~ him.

Corrections Officer Jane Doe #5 —
The "Hart's Island" area of AMKC at 4 PM on December 9, 2009. A very skinny negro female. She poked fun at me by laughing at me when I said I needed to use the phone. It was very cruel. This race should not be allowed in law enforcement.

Corrections Officer John Doe #8 —
A tall negro male, grayish hair, ugly face. He shouted at one point that his birthday was January 21. On January 24, 2010, he called me "Chinaman." I called him "nigger." He threatened me by saying, "You got one last chance to say dat to me."

~~Kenneth Say~~

Corrections Officer John Doe #9 — A skinny negro male, 30 years old. He called

on July 11, 2007, he called me "Chin!"
in the hallway of AMKC at 3 PM
(he was guarding the visitor corridor).
I called him "asshole". He struck me
in the back of the head. A captain
saw this and did nothing.

Corrections Officer John Doe #10 —
an overweight nigger male, average
heighte. He hurled a multitude of
slurs at me — "Wing Chun", "Chin", etc —
in March February of 2010
as he walked me to the visitation
area. He later threatened me with
physical violence. I do not remember
the day or time.

Corrections Office John Doe #11 —
on duty at Queens Court July 11, 2007
at 3 PM. He was a negro man,
tall, medium build. I was attacked by
an inmate, and this officer took no
action. My lip was damaged and my
teeth were also damaged. There was
blood.

Page 4

I was also attacked by an inmate on February 7, 2010 in the Bellevue Prison Ward (Psychiatric) and the hospital did not provide adequate medical treatment. I sustained bruises to the face. The officers did not press charges. I am blaming this on the City of New York.

I was attacked by another inmate a large negro in January 2010. He called me "China" and punched me in the face with an open hand. The officers did not take action. I blame the City of New York. I was not provided with any medical attention.

Kenneth Eng



Kenneth Eng
4266 Saull Street
Flushing, NY 11355

RECEIVED
PRO SE OFFICE

2014 JUN 17 P

US District Court
Southern Dist.
500 Pearl Street
NY NY 10007